**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

|  |  |
|---|---|
| In re: | : |
|  | : |
| Eleanora M. Miller | : Case No.: 18-30542 |
|  | : Chapter 13 |
| Debtor. | : Judge Alan C. Stout |
|  | : * * * * * * * * * * * * * * * * * * * * |
|  | : |

### OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 2)

Now comes U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Eleanora M. Miller ("Debtor"). For the reasons which follow, confirmation should be denied.

### MEMORANDUM IN SUPPORT OF OBJECTION

Creditor is a creditor herein secured by a first mortgage lien upon the Debtor's real estate located at 10623 Charlene Drive, Fairdale, KY 40118. The Debtor's Chapter 13 proposed Plan states that Creditor's claim is subject to valuation under 11 U.S.C. §506. Under the Plan terms, Creditor is to be paid a secured claim amount of $20,000.00 at an interest rate of 0%. Creditor objects to Debtor's Plan as it seeks to impermissibly modify Creditor's secured mortgage, which is secured by the Debtor's primary residence.

As of the petition date herein, Creditor's claim was fully secured by value in the real estate. Accordingly, §1322(b)(2) of the Bankruptcy Code and the United States Supreme Court's holding in *Nobleman v. American Savings Bank*, 508 U.S. 324 (1993) prohibit the Debtor's proposed modification of Creditor's mortgage. Specifically, Debtor's Plan is cramming down the

18-006688_CMF2

value due to Creditor as it fails to account for the entire balance due to Creditor, including the secured mortgage arrearage due.

Moreover, Debtor's Plan seeks to cram down the interest rate due to Creditor from 11.250% to 0.00%. As the modification of Creditor's claim is impermissible, as discussed above, Creditor objects to the cram down of its interest rate in addition to the cram down of its secured claim. As both cram downs violate the Bankruptcy Code under 11 U.S.C. §1322, Creditor requests that confirmation of the currently proposed plan be denied.

In addition, Debtor's Chapter 13 Plan does not acknowledge that the subject mortgage loan has reached maturity. The Note, dated December 17, 1997 matured on November 17, 2012. Creditor acknowledges that Debtor may pay the subject mortgage loan in full over the life of the Plan pursuant to §1322 (c)(2) of the Bankruptcy Code, however, Debtor's Plan is silent as to the maturity date. Furthermore, Creditor asserts that Debtor must request a formal payoff quote from Creditor prior to completion on the Plan to ensure that the loan has been paid in full.

WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

Respectfully submitted,

/s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
John R. Cummins (84631)
Adam B. Hall (97816)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

18-006688_CMF2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202

William W. Lawrence, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202

Jason A. Bauman, Attorney for Eleanora M. Miller, 6801 Dixie Hwy., Suite 229, Louisville, KY  40258, jbaumanlaw@gmail.com

and on the below listed parties by regular U.S. mail, postage prepaid on March  7 , 2018:

Eleanora M. Miller and Charles E Miller, 10623 Charlene Drive, Fairdale, KY  40118

Capital One Bank, c/o Morgan & Pottinger, PSC, 401 South 4th Street Suite 1200, Louisville, KY  40202

Portfolio Recovery Associates, LLC, c/o Morgan & Pottinger, PSC, 401 South 4th Street Suite 1200, Louisville, KY  40202

Unifund CCR Partners, c/o Morgan & Pottinger, PSC, 401 South 4th Street Suite 1200, Lousiville, KY  40202

                                                            /s/ Amy E. Gardner

18-006688_CMF2