**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Eleanora M. Miller | : Case No.: 18-30542 |
| | : Chapter 13 |
| Debtor. | : Judge Alan C. Stout |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## AGREED ORDER TO SETTLE OBJECTION TO CONFIRMATION OF PLAN (DOCKET # 2)

This matter having come before the Court on the Objection to Confirmation of Plan which was filed in this court by U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, ("Movant") and it appearing to the Court that the parties have agreed to a course of action for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. Debtor acknowledges that the mortgage loan held by Creditor on the real property located at 10623 Charlene Drive, Fairdale, Kentucky, 40118 (the "Property") matured on November 17, 2012("Loan Maturity Date") which was prior to the Bankruptcy Filing of February 27, 2018.

2. The parties agree that Creditor's total debt Proof of Claim shall be paid over the life of Debtor's plan by the Chapter 13 Trustee to Creditor, subject to objection by Debtor.

3. The Mortgage Dated November 17, 1997 Recorded in Jefferson County Recorder's Office on November 21, 1997 as Document no: 1997161873 (the "Mortgage") shall only be released upon the successful completion of this bankruptcy plan and issuance of a discharge order.

18-006688_BAS

4. Upon entry of this Agreed Order, Creditor agrees to de-escrow the loan. Until such time, Creditor shall continue to advance taxes and insurance in connection with this escrowed loan. Creditor shall be permitted to file a Supplemental Proof of Claim for any post-petition advances it makes to pay taxes or insurance.

5. Once the loan is de-escrowed, Debtor agrees to maintain and keep current all post-petition real estate taxes and insurances with respect to the real property and improvements located at the Property. Failure of Debtor to maintain and keep current all post-petition real estate taxes and insurance with respect to the Property shall constitute grounds for Creditor to seek relief from stay.

**IT IS SO ORDERED.**

Submitted by:

/s/ Amy E. Gardner
Amy E. Gardner (93532)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  aeg@manleydeas.com
Attorney for Creditor


 /s/ Jason A. Bauman
Jason A. Bauman
6801 Dixie Hwy.
Suite 229
Louisville, KY  40258
Telephone:  502-995-8686
Fax:  502-995-8619
Email:  jbaumanlaw@gmail.com
Attorney for Debtor

Copies to:

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202 (notified by ecf)

William W. Lawrence, Chapter 13 Trustee, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202 (notified by ecf)

Jason A. Bauman, Attorney for Debtor and/or Co-Debtor, 6801 Dixie Hwy., Suite 229, Louisville, KY  40258 (notified by ecf)

Eleanora M. Miller and Charles E Miller, Debtor and/or Co-Debtor, 10623 Charlene Drive, Fairdale, KY 40118
(notified by regular US Mail)

Capital One Bank, Party of Interest, c/o Morgan & Pottinger, PSC, 401 South 4th Street Suite 1200, Louisville, KY  40202 (notified by regular US Mail)

Portfolio Recovery Associates, LLC, Party of Interest, c/o Morgan & Pottinger, PSC, 401 South 4th Street Suite 1200, Louisville, KY  40202 (notified by regular US Mail)

Unifund CCR Partners, Party of Interest, c/o Morgan & Pottinger, PSC, 401 South 4th Street Suite 1200, Lousiville, KY  40202 (notified by regular US Mail)